DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE BRETT LIGHTSEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2085

[January 18, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 02-020733 CF10C.

Tyrone Lightsey, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***